IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO BOYD, | : | |
| Petitioner, | : | 1:20-cv-1606 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN SPAULDING, | : | |
| Respondent. | : | |

## **ORDER**

**January 27, 2021**

NOW THEREFORE, upon preliminary review of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), *see* R. Governing § 2254 Cases R. 4, 1(b), and for the reasons set forth in the Court's memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's application for leave to proceed *in forma pauperis* (Doc. 2) is GRANTED for the sole purpose of the filing of the action.

2. The petition is DEEMED filed.

3. The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

4. The Clerk of Court is directed to CLOSE this case and NOTIFY Petitioner.

                                                                         s/ John E. Jones III
                                                                         John E. Jones III, Chief Judge
                                                                         United States District Court
                                                                         Middle District of Pennsylvania